Gordon LeRoy Hall 41280054

U.S. Penitentiary Marion

4500 Prison Road

Marion, Illinois  62959

Defendant Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | CASE NO: 2:14-00184-001-PHX-NVW |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANTS MOTION TO RETURN PROPERTY |
| | ) | CV-18-01738-PHX-SPL-ESW |
| Gordon LeRoy Hall et al | ) | |
| Defendants. | ) | |

Comes now the Defendant and moves this Court to return property seized by the UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION in File # 346-PX-2716500 dated March 14, 2013, incorporated herein as "Exhibit A", in accordance with AMENDED PER REMAND 9/27/2017 JUDGMENT IN A CRIMINAL CASE (Doc. 214), incorporated herein as "Exhibit B", into the possession of Yiwen Krus.

**GROUNDS**

The United States does not intend to seek forfeiture as evidenced Exhibit B stating in pertinent part "[T]hat the forfeiture allegation(s) in the Indictment are dismissed on motion of the United States.".

Final disposition of the case was concluded with Exhibit B and the petition for a writ of certiorari was denied dated October 2, 2017 in Case No. 15-10322, a copy attached hereto and incorporated herein as "Exhibit C".

The property listed on Exhibit A is private property belonging to the Hall family and is not a subject to any forfeiture proceedings.

### SPECIAL DEMAND FOR RELIEF

Wherefore, Defendant respectfully demands the Court issue an order to return the property listed on Exhibit A to Yiwen Krus at the location in the local area she directs.

### GENERAL DEMAND FOR RELIEF

That the Court Order such further and other relief as the Court deems in good reason and good conscience just.

### VERIFICATION

I, Gordon LeRoy Hall, do hereby make solemn affirmation that the statements my foregoing "DEFENDANT'S MOTION FOR RETURN OF PROPERTY" are made of my own personal, first-hand, actual knowledge and are true, correct complete and not misleading under penalty of perjury, and that I am of sound mind, legal age of majority and have not made the statements under threat, duress or coercion and am competent to testify if called upon.

Executed under signature and seal this __6th__ day of June 2018.

_Gordon LeRoy Hall_ (Seal)

EXHIBIT A

# United States District Court
### DISTRICT OF ARIZONA

COPY

In the Matter of the Search of

3546 East Presidio Circle, Mesa, AZ 85213

CASE NUMBER: 13-7081MB

## SEARCH AND SEIZURE WARRANT

**TO:** Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

    See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal:

    See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    3/23/13
                                                                                                                Date (Not to Exceed 10 days)

✓ in the daytime 6:00 a.m. to 10 p.m.     at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _On duty in AZ_ .      _Vany_

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
    for _____ days (not to exceed 30).    until, the facts justifying, the later specific date of _____.

Date and Time Issued    3/13/13 @ 4:35 p.m.      _[signature]_
                                                                                       Judge's Signature

City and state:      Phoenix, Arizona        Bridget S. Bade, United States Magistrate Judge
                                                                                                        Printed Name and Title

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 346-PX-2716500

On (date)  3/14/2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)            Gordon Hall
(Street Address)  3546 E. Presidio Circle
(City)            Mesa, AZ

Description of Item(s):

1 - mail and utility bills
2 - File cabinet with financial documents
3 - File cabinet with key and financial documents
4 - Black file cabinet with financial documents
5 - Acer Computer
6 - DVR model AV-08
7 - Time capsule SN:G86JLE27DM73
8 - DMPHL8W6DV6M - serial # iPad Alcatel S/N 6PALA3826B LG S/N 006CYV0537735 LG S/N 110CYXM0364658
9 - 3 Thumb drives total (1 HP, 2 Scandisk)
10 - Three thumb drives (1 Logitech, 2 unknown)
11 - Time Capsule serial # 6F9111XELUJ
12 - Kris Vector .45 ACP Serial # 45C009091
12A - Springfield XD40 empty mag
13 - KRIS Vector .45 ACP45C008839
13A - Springfield XD40 empty mag
14 - (81) 1 ounce silver colored Canadian coins
15 - Springfield armory XD.40 .40 handgun USA 437985
15A - 24 40 caliber winchester bullets
15B - Springfield armory 12 round magazine
16 - Money gram receipts

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 346-PX-2716500

17 - Bank records, trusts, duplicate checks of Gordon Hall
17A - Blank checks for Gordon Hall and Ashley Hall
18 - Jewelry appraisal
19 - Living without the system CDs
20 - Mail to Gordon Hall, Bus. cards (2) warrant of payment
21 - BofA Bus. debit card 4635 8800 0473 0701
22 - Bank Notice of Account Activation-not collected
23 - Court docs
24 - CD
25 - N/A-skipped number, no item collected
26 - Receipt for cash 6/2011
27 - Notices of claim, notes regarding contract law
28 - Sealed envelope with memory card
29 - Two disks-not collected
30 - Money gram receipts
31 - Handwritten note
32 - Nikon Coolpix 26
33 - Kodak camera
34 - Apple power pack G4A1025
35 - Gateway computer CSXMMO1BRD02D330
36 - Notepad w/ names and dates
37 - Wells Fargo bank transaction receipt, two express mail receipts to Jack Smith, yellow paper note from Jim to Shannon Ref taxes
38 - Apple iPhone S/N 88207T95A45
39 - Apple MacBook Pro laptop S/N W89246NDG5
40 - Money (cash) $4,500
40A - One silver coin
41 - RGM Acquisitions LLC payment notice
42 - Letters from G Hall and a W-2 for S Hall
42A - S Hall unactivated credit cards
43 - 2 watches and one ring
44 - (192) 100 dollar bills, (11) 20 dollar bills

FD-597 (Rev 8-11-94)

Page 3 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property · Received/Returned/Released/Seized

File # 346-PX-2716500

45 - Plea agreement W/Genevieve Walden case no. 1:11-02-644-L

46 - Notice of claim Jimmy Sesma affidavit case # 8:12-CV-02078-JMC

47 - ~~Note/fax AZBR5, income and mortgage paperwork booklet~~

48 - ~~iMac computer CV022020DMV~~

49 - Fin. docs, court docs, client info, cont. notes

49A - WF blank checks, chk # 3804 chk # 3970

50 - Iphone A1332

51 - Documents, redemption/financials

52 - Receipts/USPS certified mail receipts

53 - Notary/Trust stamps

54 - Envelopes w/redemption documents

55 - Envelopes w/redemption documents

56 - Notary logs, envelopes w/redemption documents

57 - Client files, bank records, tax

58 - Thumbdrives

59 - Client files, tax docs, business cards

60 - Client files, receipts, tax info

61 - Chase check photocopy

62 - Envelope with redemption documents

63 - Embossers/stamps

64 - CDs

65 - Client correspondence, files

66 - ~~Gold notary style station~~

67 - Client files, tax records

68 - Client files, tax docs

69 - Bank records, client files

70 - Legal docs, power of attorney, letters, receipts

71 - Blank checks

72 - Passport app., birth cert., stock docs, lease agreements

73 - Legal docs, address books, deeds, loan docs, statements

74 - Client records, tax argument, notes

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 346-PX-2716500

- 75 - Thumbdrives
- 76 - Legal docs for clients - taxes
- 77 - Deposit tickets, receipts
- 77A - Compass checks (blank)
- 78 - Microcassette tapes
- 79 - Microcassette tapes
- 80 - BofA checks blank
- 81 - BofA debit card
- 82 - Titles, bank records, client files
- 83 - Certificate of trust
- 84 - Documents - UCC filings
- 85 - Documents - UCC filings, business docs
- 86 - Motorola XT912 IMEI 990001218748853
- 87 - Uniform commercial code filings
- 88 - Financial documents and notes
- 89 - Check # 0044989166 $1,125.00
- 90 - 1)Bank of America visa 4635880004995700
  1.)Wells Fargo Visa 4342561027767797
  1.)Wells Fargo Visa 4259071003866770
  1.)Bank of America Visa 4744880089044018
  1.)Wells Fargo Visa 4342561025004094
- 91 - Business cards for Benton
- 92 - Registered mail receipts
- 93 - Apple air port extreme, Not collected
- 94 - Financial documents
- 95 - Registered mail receipts
- 96 - Checkbook
- 97 - Financial documents
- 98 - Notebooks containing names and phone numbers of clients
- 99 - Voice recorder
- 100 - Legal research documents
- 101 - Financial documents/books - notes with financial check account balances
- 102 - Financial documents/notary documents for several cars

## UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 346-PX-2716500

| | |
|---|---|
| 103 - 2 thumbdrives | |
| 104 - Iomega external hard drive | |
| 105 - AR 15 Model no SD15 serial no 11081 | |
| 106 - (1) .45 ACP magazine | |
| 106A - 8 rds .45 ACP | |
| 107 - Colt govt. model 45ACP s/n FR24271E | |
| 108 - (1) 9mm magazine | |
| 108A - 10 rds 9 mm | |
| 109 - Ruger P95DC 9mm pistol serial no. 311-68682 | |
| 110 - (2) AR-15 magazines | |
| 110A - 30 rds .223 rem | |
| 111 - Silver colored coins and bar w/mailing box and one gold colored piece of metal | |
| 112 - Cell phone | |
| 113 - Sovereign citizen sign | |
| 114 - (2) 9mm magazines | |
| 114A - (26) 9mm rounds - ammunition | |
| 115 - Two (2) AR 15 magazines metal | |
| 115A - 36 .223 rounds | |
| 116 - N/A, Not collected | |
| 117 - (3) 45 ACP magazines | |
| 117A - 87 rounds 45 ACP ammo | |
| 118 - Cruzer micro 4GB flash drive | |
| 119 - Cricket Samsung cellular phone | |
| 120 - Pipe with possible drug residue | |
| 121 - Cricket cellular phone paper work | |
| 122 - Samsung cellular phone | |
| 123 - Propoganda | |
| 124 - Data CD | |
| 125 - Apple Macbook ~~[illegible]~~ | |
| 126 - Proof of purchase, receipts | |
| 126A - CDs | |

FD-597 (Rev 8-11-94)

Page 6 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 346-PX-2716500

127 - iPad receipt
128 - Journal biz cards, trust/legal docs
129 - Apple iPad serial # DN6G4CYADFB
130 - Pad of paper - yellow notepad with hand written notes
~~131 - Rolex watch~~
132 - Empty magazine
133 - Silver colored necklace, bracelet, charm, gold colored ring w/diamond like, ~~gold colored ring w/black stone~~
134 - 1,998 quarters
135 - (75) half dollars, (50) quarters, (22) dimes, (1) nickel
136 - (3) silver colored bracelets
137 - (250) 1 oz silver colored coins
138 - (290) half dollars, (18) quarters, and shipping label
139 - (9) 1 oz silver colored coins, (243) half dollars, (100) quarters, (1,712) dimes
140 - (677) silver colored half dollars
141 - (2) 425 grams gold colored coins
142 - Pistol box for colt gov.
143 - Pistol case for springfield XD serial # XD164676
144 - Mail and correspondence, billing
145 - Mail and correspondence and bills
146 - Mailing receipts
147 - IRS docs and correspondence letter
148 - Letters and filing docs/Gordon
149 - Letters and filing docs/Gordon
150 - Letters and misc. filing docs/Gordon
151 - Box of letters from Gordon plus misc. filing docs
152 - Chase bank and bank of america bank statements and application
153 - 2011 tax documents - Hall and Court documents
154 - Training materials, bank records, biz cards, correspondence
155 - Seminar receipts for clients, seminar material
156 - Gordon Hall mail/correspondence laws docs
157 - Philosophy materials

FD-597 (Rev 8-11-94)

Page 7 of 7

# UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # 346-PX-2716500

158 - Slides - training materials
159 - 2011 expenses, notice of mistakes, client pamphlets
160 - Training materials - flip chart
161 - Confernce call with Leroy
162 - Letter from Curtis Morris and other docs
163 - Training material
164 - 2010-2011 court papers, bank records, how to papers
165 - Legal documents, correspondence, bank statements, home owners policy
166 - Business cards
167 - MBA financial gold card
168 - Documents - business associates
169 - Documents - notice of tender
170 - Thumbdrive
171 - Training materials, biz cards, bank correspondence, cassette tapes
172 - White board with list of names

Received By _____
(signature) _____

Received From  SA Charles S Kuchne
(signature) _____

Exhibit B

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **AMENDED PER REMAND 9/27/2017** |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed on or After November 1, 1987) |
| **Gordon Leroy Hall** | No. CR 14-00184-001-PHX-NVW |
| | Stephen C. Kunkle (CJA) |
| | Attorney for Defendant |

USM#: 41280-054

**THERE WAS A** verdict of guilty on 1/22/2015 as to Counts 1-4 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSES:** violating Title 18, U.S.C. §§ 2 and 514(a)(1), Aid and Abet Making Fictitious Instrument, a Class B Felony offense, as charged in Counts 1 and 2 of the Indictment; Title 18, U.S.C. §§ 2 and 514(a)(2), Aid and Abet Using Fictitious Instrument, a Class B Felony offense, as charged in Counts 3 and 4 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **NINETY-SIX (96) MONTHS** on Counts 1-4, with credit for time served. This term consists of **NINETY-SIX (96) MONTHS** on Count 1, **NINETY-SIX (96) MONTHS** on Count 2, **NINETY-SIX (96) MONTHS** on Count 3, and **NINETY-SIX (96) MONTHS** on Count 4, all such terms to run concurrently. <u>This sentence shall run consecutively with the sentence of incarceration in the U.S. District Court, District of South Carolina, case 6:13-cr-00170-JMC-1</u>. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **FIVE (5) YEARS** on Counts 1-4. This term consists of **FIVE (5) YEARS** on Count 1, **FIVE (5) YEARS** on Count 2, **FIVE (5) YEARS** on Count 3, and **FIVE (5) YEARS** on Count 4, all such terms to run concurrently. This term of supervised release is also concurrent to the term of supervised release in U.S. District Court, District of South Carolina, case 6:13-cr-00170-JMC-1.

**IT IS ORDERED** that the forfeiture allegation(s) in the Indictment are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $400.00     **FINE:** waived     **RESTITUTION:** N/A

The defendant shall pay a special assessment of $400.00, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

Case 2:18-cv-01738-SPL-ESW   Document 1   Filed 06/06/18   Page 12 of 17
Case 2:14-cr-00184-NVW   Document 214   Filed 09/28/17   Page 2 of 4

CR 14-00184-001-PHX-NVW                                            Page 2 of 4
USA vs. Gordon Leroy Hall

The defendant shall pay a total of $400.00 in criminal monetary penalties, due immediately. Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows: Balance is due in equal monthly installments of $100.00 over a period of four months to commence 60 days after the release from imprisonment to a term of supervised release.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $400.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Counts 1-4 of the Indictment.

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant is placed on supervised release for a term of **FIVE (5) YEARS** on each of Counts 1-4, all such terms to run concurrently.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

It is the order of the Court that, pursuant to General Order 12-13, which incorporates the requirements of USSG §§5B1.3 and 5D1.2, you shall comply with the following conditions, of particular importance, you shall not commit another federal, state or local crime during the term of supervision and the defendant shall abstain from the use of illicit substances:

1) You shall not commit another federal, state, or local crime during the term of supervision.
2) You shall not leave the judicial district or other specified geographic area without the permission of the Court or probation officer.
3) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
4) You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
5) You shall support your dependents and meet other family responsibilities.
6) You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7) You shall notify the probation officer at least ten days prior to any change of residence or employment.
8) You shall refrain from excessive use of alcohol and are subject to being prohibited from the use of alcohol if ordered by the Court in a special condition of supervision.
9) You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. The use or possession of medicinal marijuana, even with a physician's written certification, is not permitted. Possession of controlled substances will result in mandatory revocation of your term of supervision.
10) You shall not frequent places where controlled substances are illegally sold, used, distributed or administered, or other places specified by the Court.

CR 14-00184-001-PHX-NVW  Page 3 of 4
USA vs. Gordon Leroy Hall

11) The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone who has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer. Defendant is not prohibited from contact with his felon children except Benton Hall. Defendant is permitted to have contact with Benton Hall only for normal familial relations, but is prohibited from any contact, discussion, or communication concerning financial or investment matters except matters limited to defendant's own support.
12) You shall permit a probation officer to visit at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
13) You shall immediately notify the probation officer (within forty-eight (48) hours if during a weekend or on a holiday) of being arrested or questioned by a law enforcement officer.
14) You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
15) As directed by the probation officer, you shall notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit the probation officer to make such notification and to confirm your compliance with such notification requirement.
16) If you have ever been convicted of a felony, you shall refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapon. If you have ever been convicted of a misdemeanor involving domestic violence, you shall refrain from possession of any firearm or ammunition. Possession of a firearm will result in mandatory revocation of your term of supervision. This prohibition does not apply to misdemeanor cases that did not entail domestic violence, unless a special condition is imposed by the Court.
17) Unless suspended by the Court, you shall submit to one substance abuse test within the first 15 days of supervision and thereafter at least two, but no more than two periodic substance abuse tests per year of supervision, pursuant to 18 U.S.C. §§ 3563(a)(5) and 3583(d);
18) If supervision follows a term of imprisonment, you shall report in person to the Probation Office in the district to which you are released within seventy-two (72) hours of release.
19) You shall pay any monetary penalties as ordered by the Court. You will notify the probation officer of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
20) If you have ever been convicted of any qualifying federal or military offense (including any federal felony) listed under 42 U.S.C. § 14135a(d)(1) or 10 U.S.C. § 1565(d), you shall cooperate in the collection of DNA as directed by the probation officer pursuant to 42 U.S.C. § 14135a(a)(2).

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

2. You shall provide all financial documentation requested by the probation office.

3. You are prohibited from making purchases in excess of $500, incurring new financial obligations or entering into any financial contacts without the prior approval of the probation officer.

4. You shall cooperate with the Internal Revenue Service and pay all tax liabilities. You shall file timely, accurate and lawful income tax returns and provide proof to the probation officer.

CR 14-00184-001-PHX-NVW                                          Page 4 of 4
USA vs. Gordon Leroy Hall

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

The Court orders commitment to the custody of the Bureau of Prisons.

The defendant is remanded to the custody of the United States Marshal.

Date of Re-Imposition of Sentence: **Wednesday, September 27, 2017**

DATED this 27th day of September, 2017.

_____
Neil V. Wake
United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____     By:_____
United States Marshal                      Deputy Marshal

CR 14-00184-001-PHX-NVW - Hall                                6/16/15 4:05pm

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 2, 2017

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Gordon Leroy Hall
        v. United States
        No. 16-9483
        (Your No. 15-10322)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

Scott S. Harris, Clerk

# USPS PS Form 3877

**UNITED STATES POSTAL SERVICE®**

**Name and Address of Sender**

**Check type of mail or service:**
- ☐ Priority Mail Express
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

**Affix Stamp Here (if additional copies/Postmark with Date are desired)**

Postmark: JUN -5 2018, 85224-USPS, ROOSEN SPRINGS

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | Elizabeth A. Strange, Renaissance Square, 40 N. Central Ave Ste 1800, Phoenix, AZ 85004-4408 | | | | | | | | | | | | | |
| 2. | | Isaac Jennis, Renaissance Square, 40 N. Central Ave Ste 1800, Phoenix, AZ 85004-4408 | | | | | | | | | | | | | |
| 3. | | Monica B. Epstein, Renaissance Square, 40 N. Central Ave Ste 1800, Phoenix, AZ 85004-4408 | | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | | |

Handling Charge - if Registered and over $50,000 in value

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

Total Number of Pieces Listed by Sender: 3
Total Number of Pieces Received at Post Office: 3

Postmaster, Per (Name of receiving employee) [signature]

Complete in Ink

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9098

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

U.S. POSTAGE PAID
CHANDLER, AZ
85224
JUN 06, 18
AMOUNT
$1.20
R2304H108369-06
0000

Case # 2:14-00184-001-PHX-NVW

# CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned mailed to:

Elizabeth A. Strange, United States Attorney, District of Arizona
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave, Ste 1800
Phoenix, AZ 85004-4408

LISA E. JENNIS
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave, Ste 1800
Phoenix, AZ 85004-4408

Monica B Edelstein
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave, Ste 1800
Phoenix, AZ 85004-4408

**All serviced by: USPS "Certificate of Mailing" (PS Form 3877)**

hereinafter, "RECIPIENTS", the documents and sundry papers pertaining to the Recipients, regarding Case No. 2:14-00184-001-PHX-NVW as follows:

Enclosures:
1. **NOTICE OF APPEARANCE,** dated June 6, 2018 (1 leaf);
2. **DEFENDANT'S NOTICE OF MOTION TO RETURN PROPERTY,** dated June 6, 2018 (1 leaf);
3. **DEFENDANT'S MOTION TO RETURN PROPERTY,** dated June 6, 2018 (2 leaves);
4. **EXHIBIT A** (8 leaves);
5. **EXHIBIT B** (4 leaves);
6. **EXHIBIT C** (1 leaf);
7. **[PROPOSED] ORDER TO RETURN DEFENDANT'S PROPERTY** (1 leaf); and
8. Reference copy of this **CERTIFICATE OF SERVICE,** dated June 6, 2018 (1 leaf).

These mailings contained a total of nineteen (19) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3877) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the RECIPIENTS. They were deposited at an official depository under the exclusive fage and custody of the United States Postal Service within the State of Arizona.

June 6, 2018

DATE

Yiwen Krus
295 N Rural Rd Unit 147
Chandler, Arizona 85226
Phone: (480) 444-8365
Email: realestate7680@gmail.com