**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gordon Leroy Hall,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-18-01738-PHX-SPL (ESW)<br><br>**ORDER** |

On June 6, 2018, Plaintiff filed "Defendants Motion to Return Property" (Doc. 1), which the Court has construed as a civil complaint pursuant to *United States v. Ibrahim*, 522 F. 3d 1002, 1007 (9th Cir. 2008). (Doc. 13). The docket reflects that service was executed by USMS through certified mail upon the United States Attorney's Office for the District of Arizona and the United States Attorney General, Department of Justice, Washington, D.C. (Docs. 9, 10). No responsive pleading has been filed.

On Nov. 30, 2018, the Court ordered the Plaintiff to show cause why his case should not be dismissed for failure to prosecute (Doc. 13). The Court finds that Plaintiff has taken action consistent with the Court's Order and thereby shown cause why his case should not be dismissed.

On December 10, 2018, Plaintiff filed "Plaintiff's Demand for Entry of Default." (Doc. 14).

Pursuant to Fed. R. Civ. P. 55(d),

**IT IS ORDERED** that the United States of America show cause no later than **January 10, 2019** why (i) entry of default should not be made against the United States and (ii) the Court should not find that Plaintiff has established a claim or right to relief by evidence that satisfies the court.

Dated this 20th day of December, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge