WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gordon Leroy Hall,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | No. CV-18-01738-PHX-SPL (ESW)<br><br>**ORDER** |

The Court has reviewed Plaintiff's "Request for Extension of Time to Answer" (Doc. 20). For good cause shown,

**IT IS ORDERED** that Plaintiff may file a reply to the Government's "Response to Order" (Doc. 18) no later than **February 21, 2019**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to mail Plaintiff a copy of the "Response to Order" (Doc. 18).[1]

Dated this 13th day of February, 2019.

　　　　　　　　　　　　　　　　　　　Eileen S. Willett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff states in his "Request for Extension of Time to Answer" (Doc. 20) that due to the recent federal government shutdown, he did not receive a copy of the Government's Response (Doc. 18).