IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gordon Leroy Hall,<br><br>        Plaintiff,<br><br>v.<br><br>United States of America,<br><br>        Defendants. | No. CV-18-01738-PHX-SPL<br><br>**ORDER** |

The Court has before it, Plaintiff's Motion to Return Property pursuant to Federal Rule of Criminal Procedure 41(g), (Doc. 1), Plaintiff's Demand for Entry of Default (Doc. 14), and the Defendant's Response. (Doc. 18) Additionally, the Court is in receipt of the Plaintiff's Demand for Entry of Default Judgment (Doc. 19), the Report and Recommendation from the United States Magistrate Judge (Doc. 27), and Plaintiff's Response to the Report and Recommendation. (Doc. 28)

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474

U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Plaintiff indicated that he conditionally accepts the Report and Recommendation (Doc. 28).

After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by Judge Willett. The R&R will be adopted in full. Accordingly,

**IT IS ORDERED:**

1. That the Magistrate Judge's Report and Recommendation (Doc. 27) is **accepted** and **adopted** by the Court;

2. That the Plaintiff's Motion to Return Property (Doc. 1) is denied and in part and granted in part consistent with the Report and Recommendation.

3. That the Petitioner's Demand for Entry of Default (Docs. 14, 19) are denied.

4. That the Clerk shall enter judgment accordingly and **terminate** this action.

Dated this 30th day of May 2019.

Honorable Steven P. Logan
United States District Judge